## STATE of Missouri, Respondent,

v.

## Dwight PITTMAN, Appellant.

### No. 58168.

Missouri Court of Appeals,
Eastern District,
Division Five.

Jan. 15, 1991.

Christopher E. McGraugh, Judith La-Rose, Clayton, for appellant.

William L. Webster, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Defendant, Dwight Pittman, appeals from his convictions, after a jury trial, of first degree assault and armed criminal action. He was sentenced as a prior offender to concurrent terms of ten years on the assault conviction and of three years on the armed criminal conviction. No jurisprudential purpose would be served by an extended opinion in this case. The convictions are affirmed pursuant to Rule 30.-25(b).

## Eileen Renee HENKE,
### Plaintiff/Appellant,

v.

## Raymond Carl HENKE,
### Defendant/Respondent.

### No. 58170.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 15, 1991.

Margaret E. Gangle, Rock Hill, for plaintiff/appellant.

Michael P. Shea, St. Charles, for defendant/respondent.

### ORDER

PER CURIAM.

In this action for back child support, defendant's summary judgment motion was sustained.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).